IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BRAYLON RAY COULTER, #202200383, | § § § | |
| Petitioner, | § § | |
| V. | § § | No. 3:22-CV-0921-M-BK |
| CAPTAIN GORDY, | § § § | |
| Respondent.[1] | § § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED this 24th day of May, 2022.

_____
BARBARA M. G. LYNN
CHIEF JUDGE

---

[1] The habeas petition named Captain Gordy as the Respondent not the United States as noted in the Findings, Conclusions, and Recommendation.